**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MARY E. GLOVER, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED FORMER AND CURRENT HOMEOWNERS IN PENNSYLVANIA | : No. 262 WAL 2018<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| v. | :<br>:<br>:<br>: |
| UDREN LAW OFFICES, P.C., A NEW JERSEY DEBT COLLECTOR | :<br>:<br>: |
| PETITION OF:  DELVON GLOVER, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY E. GLOVER, AND ON BEHALF OF SIMILARLY SITUATED FORMER AND CURRENT HOMEOWNERS IN PENNSYLVANIA | :<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal and the ancillary "Application to Substitute Petition for Allowance of Appeal" are **DENIED**.

    Justice Donohue and Justice Wecht did not participate in the consideration or decision of this matter.